UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2575 & 25-2662

Commonwealth of Pennsylvania v. President United States of America
(E.D. Pa. No. 2:17-cv-04540)

**ORDER**

The appeals are consolidated for purposes of scheduling, joint appendix, Appellees' brief, and disposition. Appellants are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. Appellants may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i).

The parties are hereby directed to electronically file documents on the Court's docket as follows:

Appellants: All case opening forms, motions, and briefs must be filed only in the appeal number assigned to the filer's notice of appeal. If a document is being filed jointly by multiple appellants, the document must be filed only in the appeal numbers assigned to the filing appellants.

Appellees: All case opening forms must be filed in all appeals in which the appellees intend to participate. All motions should be filed only in those cases for which the relief is being requested. Appellees' consolidated brief must be filed in all appeals to which the appellees are responding.

The consolidated joint appendix must be filed in all appeal numbers.

The parties are advised that case opening forms for later filed appeals must only be filed in the new appeals and not re-filed in earlier appeals in which the forms were previously filed.

The parties are further advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to

file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: September 5, 2025

kr/cc: Daniel Riess, Esq.
      Joshua P. Bohn, Esq.
      Paul D. Clement, Esq.
      Michael J. Fischer, Esq.
      Benjamin A. Fleshman, Esq.
      Adele A. Keim, Esq.
      Erin E. Murphy, Esq
      Meghan Musso, Esq.
      Eric C. Rassbach, Esq.
      Mark L. Rienzi, Esq.
      Diana M. V. Thomson, Esq.
      Lori H. Windham, Esq.