OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 23, 2025

Paul D. Clement, Esq.
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Benjamin A. Fleshman, Esq.
Adele A. Keim, Esq.
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006

Erin E. Murphy, Esq.
Clement & Murphy, Esq.
706 Duke Street
Alexandria, VA 22314

Eric C. Rassbach, Esq.
Mark L. Rienzi, Esq.
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006

Diana M. V. Thomson, Esq.
Lori H. Windham, Esq.
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006

RE: Commonwealth of Pennsylvania, et al v. President United States of America, et al
Case Number: 25-2662
District Court Case Number: 2:17-cv-04540

Dear Counsel:

Pursuant to our docketing letter dated **September 5, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**


The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: Joshua P. Bohn, Esq.
　　Jacob E. Christensen, Esq.
　　Meghan Musso, Esq.
　　Sharon Swingle, Esq.
　　Aimee D. Thomson, Esq.