No. 25-2662

Commonwealth of Pennsylvania, et al. vs. President United States of America, et al.

# ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

All federal defendants-appellants, as listed on additional sheet

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)  ☑ Appellant(s)  ☐ Intervenor(s)

☐ Respondent(s)  ☐ Appellee(s)  ☐ Amicus Curiae

(Type or Print) Counsel's Name: Derek Weiss

☑ Mr.  ☐ Ms.  ☐ Mrs.  ☐ Miss  ☐ Mx.

Firm: U.S. Department of Justice

Address: 950 Pennsylvania Avenue, N.W., Room 7320

City, State, Zip Code: Washington, D.C., 20530

Phone: (202) 616-5365  Fax:

Primary E-Mail Address (required): Derek.L.Weiss@usdoj.gov
Additional E-Mail Address (1): civilappellate.ecf@usdoj.gov
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Derek Weiss

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

Additional Sheet Listing Parties Represented

*Commonwealth of Pennsylvania, et al. v. President United States of America, et al.*

No. 25-2662

President of the United States of America

United States of America

The following agencies, and the Secretaries thereof:

- United States Department of Health and Human Services
- United States Department of the Treasury
- United States Department of Labor